**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 52444**

May 18, 1972.

the rulings of the trial court, based on evidentiary hearing, are correct.

262 So.2d 36

**STATE of Louisiana ex rel. John WYERS**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 52457.**

May 18, 1972.

The showing made is insufficient to warrant the exercise of our original or supervisory jurisdiction.